ORIGINAL

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0574

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0574

_____

JULIETTE R. ANGELO,

Petitioner and Appellee,

v.

KELLY A. ALLEN,

Respondent and Appellant.

_____

FILED

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until January 29, 2025, to prepare, file, and serve the opening brief.

No further extensions will be granted unless Appellant indicates whether the motion is opposed or unopposed.

DATED this 17 day of December, 2024.

For the Court,

_____
Chief Justice